AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
July 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ BT _____
DEPUTY

JORGE AVALOS )
)
)
WOUNDED WARRIOR PROJECT, INC. )  Civil Action No.  5:23-cv-686-DAE
*Defendant* )
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Based on the foregoing, the Court GRANTS WWP's Motion for Summary Judgment. (Dkt. # 9.) Avalos's sole remaining claim brought pursuant to the FLSA is hereby DISMISSED WITH PREJUDICE. The Clerk's Office is INSTRUCTED to ENTER JUDGMENT and CLOSE THE CASE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  David Alan Ezra

Date:   7/3/2024

CLERK OF COURT  PHILIP J. DEVLIN

*Brenda Trujillo*
*Signature of Clerk or Deputy Clerk*

Print    Save As...    Reset